UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DANITA ROBINSON**, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.                                              CASE NO.   3:18-cv-171-J-25JRK

**ALLIED COLLECTION SERVICE, INC.**,

    Defendant.
_____/

## O R D E R

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Dkt. 24), it is

**ORDERED** that this action is **DISMISSED with prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 18th day of December, 2018.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record